**United States District Court**
For the Northern District of California

*E-FILED - 9/22/09*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RANDALL W. GRIMES,<br><br>    Plaintiff,<br><br>  v.<br><br>LT. BERRY,<br><br>    Defendant._____ / | No. C 09-3192 RMW (PR)<br><br>ORDER GRANTING PLAINTIFF'S MOTION FOR EXTENSION OF TIME TO FILE IN FORMA PAUPERIS APPLICATION<br><br>(Docket No. 4) |

Good cause appearing, plaintiff's request for an extension of time in which to file his in forma pauperis application is GRANTED. The time in which plaintiff may file his in forma pauperis application will be extended up to and including thirty (30) days from the date of this order. Failure to file his in forma pauperis application as ordered herein by the thirty-day deadline shall result in the dismissal of this action without prejudice.

This order terminates docket no. 4.

IT IS SO ORDERED.

DATED: 9/21/09

*/s/ Ronald M. Whyte*
RONALD M. WHYTE
United States District Judg

Order Granting Plaintiff's Motion for Extension of Time to File in Forma Pauperis Application
P:\PRO-SE\SJ.Rmw\CR.09\Grimes192.EOT.wpd